FILED

2010 Jul-06  PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CEDRIC MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:09-cv-01834-RDP-PWG** |
| | ) | |
| **BIRMINGHAM POLICE** | ) | |
| **DEPARTMENT  NORTH** | ) | |
| **PRECINCT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the Birmingham Police Department, North Precinct, and Officers Robinson, Clark, Hardiman, Thrash, Thurman, Majors, Wade, Murray, Hubbard, Burnett, Billups, Lucky, Wilhite, Ballard, Cooper, Treadway, and Bailey are **DISMISSED** as Defendants pursuant to 28 U.S.C. § 1915A(b).  It is further **ORDERED** that Plaintiff's Fourth Amendment excessive force claim against Officer Jeffrey Whitt is **REFERRED** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this \_\_\_\_6th\_\_\_\_ day of July, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE