# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CEDRIC MOORE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 5:09-cv-01834-RDP-PWG |
| **BIRMINGHAM POLICE DEPARTMENT NORTH PRECINCT, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report and Recommendation on June 20, 2011, recommending that Defendant Whitt's motion for summary judgment (Doc. #28) be granted and this cause be dismissed with prejudice. (Doc. #42.)  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and his Recommendation is **ACCEPTED**.  The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that Defendant Whitt is entitled to judgment as a matter of law.  Accordingly, Defendant Whitt's motion for summary judgment

(Doc. #28) is due to be granted and this action is due to be dismissed with prejudice.

A Final Judgment will be entered.

      **DONE** and **ORDERED** this \_\_\_\_15th\_\_\_\_ day of July, 2011.

                                            _____
                                            **R. DAVID PROCTOR**
                                            UNITED STATES DISTRICT JUDGE